**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223
F: (702) 507-1468

*Attorneys for Plaintiff*
*Miriam Ozkaya*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM OZKAYA, an Individual, ) | Case No.:  2:14-cv-00290 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **FOR DISMISSAL WITH PREJUDICE** |
| OSA STRATEGIC ASSETS, LLC, a Nevada ) | |
| Limited Liability Corporation d/b/a QDOBA ) | |
| MEXICAN GRILL; SECOND WIND, LLC, a Nevada) | |
| Limited Liability Company d/b/a QDOBA ) | |
| MEXICAN GRILL #531; DOES 1 through 25, ) | |
| inclusive; and ROE CORPORATIONS ) | |
| 1 through 25, inclusive, ) | |
| Defendants. ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff MIRIAM OZKAYA, by and through her attorneys, Patrick W. Kang, Esq. and Erica D. Loyd, Esq. of Kang & Associates, and Defendants OSA STRATEGIC ASSETS, LLC. and SECOND WIND, LLC., by and through its attorneys, Erika Pike Turner, Esq. and Kory L. Kaplan, Esq. of Gordon Silver, that the above-captioned matter shall be dismissed with prejudice.  Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

October 15th, 2014.                                October 15th, 2014.

KANG & ASSOCIATES                                  GORDON SILVER

BY:   /s/Erica D. Loyd                             BY:   /s/Kory L. Kaplan
      Erica D. Loyd, Esq.                                Kory L. Kaplan, Esq.
      State Bar No: 10922                                State Bar No.: 13164
      KANG & ASSOCIATES                                  GORDON SILVER
      6480 W. Spring Mtn. Rd.                            3960 Howard Hughes Parkway
      Suite 1                                            9th Floor
      Las Vegas, Nevada 89146                            Las Vegas, Nevada 89169
      *Attorneys for Plaintiff*                          *Attorneys for Defendants*

**ORDER**

Based upon the parties' stipulation,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The pending Motion to Dismiss [#10] is DENIED as moot; and the November 24, 2014, hearing [#17] is VACATED.  The Clerk of the Court is directed to close this case.

Dated:  October 16, 2014.

_____
UNITED STATES DISTRICT JUDGE